# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.     **CHANGE OF PLEA HEARING MINUTES**

**THEODORUS SHIM**     Case No. 18-CR-149

---

HONORABLE WILLIAM C. GRIESBACH presiding     Time Called: 3:01 p.m.
Proceeding Held: February 6, 2020     Time Concluded: 3:40 p.m.
Deputy Clerk: Cheryl     Tape: 020620

**Appearances:**

UNITED STATES OF AMERICA by:     William J. Roach

THEODORUS SHIM in person and by:     Daniel H. Sanders

US PROBATION OFFICE by:     Brian Koehler

INTERPRETER: None     ☐ Interpreter Sworn

---

☒ Defense counsel advises that defendant wishes to enter a plea of guilty
☒ Plea agreement filed
☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
☒ Defendant sworn
☒ Defendant advised that false statements made under oath may result in prosecution for perjury
☒ Court questions defendant as to background, education, medical history, drug usage

☒ Court advises defendant as to:
    ☒ Elements of the offense
    ☒ Maximum penalties
    ☐ Mandatory minimum sentence
    ☐ Forfeiture provision
    ☒ Sentencing guidelines
    ☒ Right to a jury trial
    ☐ Waiver of appeal rights
☒ Government provides factual basis as set forth in plea agreement

---

☒ GUILTY plea entered to Count(s) 1 of the ☒ indictment

☒ CHARGE: 18 U.S.C. § 1343 Wire Fraud
☒ PSR ordered
☒ Sentencing set for: May 6, 2020 at 1:30 p.m.

☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
    ☒ Defendant adjudged guilty

☐ FPT and JT dates removed from court calendar

---

☒ Detention continued; or    ☐ Bond continued:    ☐ as previously set, or    ☐ as modified:

Mr. Sanders advises the Court that the loss amount is still being discussed. The amount will affect the guideline range in this matter.

3:18 p.m. – Mr. Sanders addresses the Court regarding detention. Mr. Sanders presents argument for release. The defendant has accepted responsibility for the crime. The defendant will pay restitution prior to sentencing. The funds are in Mr. Sanders' law firm's trust account. Mr. Shim has an agreed upon resolution of the Colorado case. If the defendant is released in this matter he will appear in Colorado to enter a plea in that case. Additionally, a property bond can be posted. Mr. Sanders states that he is not aware of any pending cases pending in Miami, Florida. The financial danger to the community and risk of flight can be mitigated. The defendant is able to work from jail. Defendant would live with his parents in De Pere. The defendant has no criminal history.

3:24 p.m. – The government presents argument with respect to detention. Defendant has admitted guilt. Mr. Roach presents case history.

3:33 p.m. – Mr. Sanders explains its version of events. The loss amount is still at issue and the restitution amount may be decreased.

3:37 p.m. – The Court notes that there is no longer a presumption of innocence. The Court reviews applicable law. The Court denies the motion. Detention continued.