| Acct. Number | Post Date | Description | Check # | Check Date | Payee | Payor | Tot. Dep. Amount | Mis. | Payor Bank |
|---|---|---|---|---|---|---|---|---|---|
| 1231044452 | 12/29/2016 | Mobile Deposit Ref Number :812290693969 | 0 | 12/29/16 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 2,500.00 | Old National Bank Acct#101909929, Not in PD Report | Old National Bank Acct.#101909929 |
| 1231044452 | 2/2/2017 | eDeposit Branch/Store 02102117 12:54:08 Pm 3321 N Ballard Rd Appleton WI 4452 | 1610498 | 2/2/17 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 5,000.00 | Cashiers Check | Old National Bank |
| 1231044452 | 3/8/2017 | Mobile Deposit Ref Number :116080973997 | 1027 | 3/8/17 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 95.00 | Plumbing | Nicolet National Bank Acct.#1308683 |
| 1231044452 | 3/17/2017 | Mobile Deposit Ref Number :110170619055 | 1034 | 3/17/17 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 2,500.00 | Deposits Reimbursement | Old National Bank Acct.#101909929 |
| 1231044452 | 3/21/2017 | Mobile Deposit : Ref Number :610210343969 | 1038 | 3/21/17 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 2,400.00 | Reimbursement Claim ? | Old National Bank Acct.#101909929 |
| 1231044452 | 3/22/2017 | eDeposit 11s1 Branch/Store 03/22/17 03:32:45 Pm 1601 Blake St Denver CO 4452 | 1037 | 3/21/17 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 2,500.00 | Reimbursement 2000a | Old National Bank Acct.#101909929 |
| 1231044452 | 3/24/2017 | eDeposit IN Branch/Stare 03/24/17 04:39:31 Pm 1601 Blake St Denver CO 4452 | 1042 | 3/24/17 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 10,000.00 | Claim 2004 | Old National Bank Acct.#101909929 |
| 1231044452 | 3/27/2017 | Deposit IN Branch/Store 03/27/17 02:50:02 Pm 1300 S Havana St Aurora CO 4452 | 1039 | 3/25/17 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 34,700.00 | Transfer 1200 | Old National Bank Acct.#101909929 |
| 1231044452 | 4/13/2017 | Capital Credit U Funds Iran Byterian Church Funds Transfer Via Onl | | | Theodoros Shim | Tran Byterian Church Funds (Appleton Korean Presbyterian Church) | $ 10,000.00 | | Capital Credit Union |
| 1231044452 | 4/15/2017 | Capital Credit U Funds Iran Byterian Church Funds Transfer Via Onl | Transfer | | Theodoros Shim | Tran Byterian Church Funds (Appleton Korean Presbyterian Church) | $ 10,000.00 | Transfer | Capital Credit Union |
| 1231044452 | 4/25/2017 | Capital Credit U Funds Iran Byterian Church Funds Transfer Via Onl | Transfer | | Theodoros Shim | Tran Byterian Church Funds (Appleton Korean Presbyterian Church) | $ 5,000.00 | Transfer | Capital Credit Union |
| 1231044452 | 5/30/2017 | Mobile Deposit : Ref Number :517010758814 | 1054 | 5/31/17 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 800.00 | ? | Nicolet National Bank Acct.#1308683 |
| 1231044452 | 6/2/2017 | eDeposit IN Branch/Store 06/02/17 04:55:32 Pm 1001 S Monaco Pkwy Denver CO 9493 | 1630155 | 6/1/17 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 80,000.00 | Cashiers Check | Old National Bank |
| 1231044452 | 6/5/2017 | Mobile Deposit Ref Number :115050612805 | 1007 | 6/5/17 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 2,000.00 | | Old National Bank Acct.#101909929 |
| 1231044452 | 6/6/2017 | ATM Check Deposit on 06/05 Monaco Denver CO 0001656 ATM ID 2415J Card 9493 | 1004 | 6/5/17 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 3,000.00 | | Old National Bank Acct.#101909929 |
| 1231044452 | 6/12/2017 | oDeposit IN Branch/Store 06/12/17 11:42:18 Am 1001 Monaco Pkwy Denver CO 4452 | 1005 | 6/5/17 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 10,000.00 | | Old National Bank Acct.#101909929 |
| 1231044452 | 7/14/2017 | eDeposit IN Branch/Store 07/14/17 04:37:15 Pm 1001 S Monaco Pkwy Denver CO 2243 | 1058 | 7/14/17 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 2,000.00 | Filing | Nicolet National Bank Acct.#1308683 |
| 1231044452 | 7/17/2017 | eDeposit IN Branch/Stare 07/15/17 12:44:21 Pm 1601 Blake St Denver CO 2243 | 1059 | 7/13/17 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 2,000.00 | ? | Nicolet National Bank Acct.#1308683 |
| 1231044452 | 8/2/2017 | ATM Check Deposit on 08/02 Monaco Denver CO 0001998 ATM ID 2415J Card 2243 | 1060 | 8/2/17 | Theodoros Shim | Appleton Korean Presbyterian Church | $ 140.00 | | Nicolet National Bank Acct.#1308683 |
| | | | | | | **Total Amount** | $ 184,635.00 | | |
| | | | | | | | $ 68,838.67 | | |
| | | | | | | | $ 253,473.67 | | |



GOVERNMENT EXHIBIT 1