**EXHIBIT LIST**

| UNITED STATES OF AMERICA v. THEODORUS SHIM | | UNITED STATES DISTRICT COURT Eastern District of Wisconsin-Green Bay |
|---|---|---|
| COUNSEL FOR PLAINTIFF(S) William J. Roach | COUNSEL FOR DEFENDANT(S) Daniel Sanders | DOCKET NUMBER 18-CR-149 |
| | | PROCEEDING: SENTENCING DATE HELD: May 13, 2020 |
| PRESIDING JUDGE WILLIAM C. GRIESBACH | TAPE NUMBER 051320 | COURTROOM DEPUTY Cheryl |

| JOINT EXH. NO. | PLT. EXH. NO. | DEF. EXH. NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | | 5/13 | 5/13 | Spreadsheet loss amount |
| | 2 | | 5/13 | 5/13 | Appleton Police Dept. Report Loss Summary |
| | 3 | | 5/13 | 5/13 | Copies of Checks Church Expenses |
| | 4 | | 5/13 | 5/13 | Copies of Checks to Theodorus Shim |
| | 5 | | 5/13 | 5/13 | Copies of Checks to Theodorus Shim |
| | 6 | | 5/13 | 5/13 | Copies of Checks to Theodorus Shim |
| | 7 | | 5/13 | 5/13 | AKPC Claim Bill |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |